# United States Court of Appeals for the Federal Circuit

---

**UATP IP, LLC, UATP MANAGEMENT, LLC,**
*Plaintiffs-Appellees*

**v.**

**KANGAROO, LLC,**
*Defendant-Appellant*

**AIR ENTERTAINMENT GROUP, LLC, HAI CHANH QUACH, DAN TRINH, RAYMON HUNG, EDGAR ALEJANDRO GUERRERO, ALAN TRINH, TINA LUU, GOLDEN STAR GROUP, LTD.,**
*Defendants*

---

2022-2047

---

Appeal from the United States District Court for the Southern District of Texas in No. 4:21-cv-02478, Judge Drew B. Tipton.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

February 16, 2024
Date

Jarrett B. Perlow
Clerk of Court